UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSHUA HERMAN PHILLIPS )<br>) | DOCKET NO.: 5:24-mj-2<br><br>ORDER TO UNSEAL<br>CRIMINAL COMPLAINT |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint be unsealed,

**IT IS HEREBY ORDERED** that the Criminal Complaint and attached Affidavit be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to william.wiseman@usdoj.gov).

This the 23rd day of August 2024.

_____
Magistrate Judge David C. Keesler