IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>JOSHUA HERMAN PHILLIPS )<br>_____ ) | DOCKET NO. 5:24-cr-27-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violation:  18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 922(o)<br>18 U.S.C. § 933(a)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Dealing in Firearms without a License)*

From in or about July 2024 through August 2024, in Catawba County, within the Western District of North Carolina, the defendant,

**JOSHUA HERMAN PHILLIPS,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWO**
*(Possession of a Machinegun)*

On or about August 22, 2024, in Catawba County, within the Western District of North Carolina, the defendant,

**JOSHUA HERMAN PHILLIPS,**

knowingly and willfully possessed a machinegun, as that term is defined in Title 18, United States Code, Section 921(a)(24), to wit: a Privately Made Firearm, AR Style Rifle chambered in 7.62 x 39. All in violation of Title 18, United States Code, Section 922(o).

## COUNT THREE
*(Trafficking in Firearms)*

From in or about July 2024 through August 2024, in Catawba County, within the Western District of North Carolina, the defendant,

**JOSHUA HERMAN PHILLIPS,**

did ship, transport, transfer, cause to be transported, or otherwise dispose of one or more of the following firearms:

1. Ruger, model LCP, .380 caliber pistol,
2. Glock, Model 19, 9mm, BUBL 154 pistol,
3. Sarsilmaz, SAR9, 9mm, T1102-21BV86132 pistol,
4. Canik, 55, 9mm, 13E01792 pistol,
5. Glock, Model 33, .357 Sig, LAU741 pistol,
6. Palmetto State Armory, Dagger, 9mm JJE54169 pistol,
7. Palmetto State Armory, PA-15, 5.56, SCD181304 pistol,
8. Radical Firearms, RF-15, 5.56, 23-029744 rifle,
9. Sig Sauer, M400, 5.56, 20L166757 rifle,
10. Norinco, SKS, 7.62, 3200578 rifle,
11. Smith and Wesson, Model 642, 38 caliber revolver,
12. CV, Scorpion EVO, 9mm, rifle,
13. Privately Made Firearm, 9mm, AR Style Lower Receiver,
14. Springfield Armory, XDM Elite, 9mm pistol,
15. Keltec, PMR-30, 22 Magnum, pistol,
16. Polymer 80, 9mm pistol,
17. Taurus, Model 66, 357 revolver,
18. Springfield Armory, Hellcat, 9mm pistol,
19. Smith and Wesson, M&P FPC, 9mm, rifle,
20. Glock, Model 45, 9mm pistol,
21. Anderson, AM-15, 5.56, rifle,
22. Anderson, AM-15, 5.56, rifle,
23. Anderson, AM-15, 5.56, rifle,

to another person, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of one or more of the firearms by the recipient would constitute a felony as defined in Title 18, United States Code, Section 932(a), in violation of Title 18, United States Code, Section 933(a)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924, 18 U.S.C. § 934, and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 934. The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All firearms and ammunition involved or used in such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. A forfeiture money judgment in the amount of at least $16,260, such amount constituting the proceeds of the violations set forth in this bill of indictment;
b. 141 firearms, as well as magazines and ammunition, seized during the investigation.

A TRUE BILL

DENA J. KING
UNITED STATES ATTORNEY

*William M. Wiseman* (signature)

WILLIAM M. WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY