Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET  U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ◉ NO  **DOCKET NUMBER:** 5:24-cr-27-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | JOSHUA HERMAN PHILLIPS |
| **COUNTY OF OFFENSE** | : | CATAWBA |
| **RELATED CASE INFORMATION** | : | COMPLAINT: 5:24-MJ-2, US v. JOSHUA HERMAN PHILLIPS |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ◉ Felony

18 U.S.C. § 922(a)(1)(A); 18 U.S.C. § 922(o); AND 18 U.S.C. § 933(a)(1)

**JUVENILE:**  ◯ Yes  ◉ No

**ASSISTANT U. S. ATTORNEY** : WILLIAM M. WISEMAN

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**