IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:24-CR-27-KDB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CHARACTER LETTERS ON |
| V. | ) | BEHALF OF THE DEFENDANT |
| | ) | |
| JOSHUA HERMAN PHILLIPS | ) | |
| | ) | |

      **NOW COMES** the Defendant, by and through his counsel, who submits the attached

character letters for the Court's consideration in the sentencing of the defendant.

1. Amanda Harstick
2. Ashton Hubbard
3. Brad Furr
4. Cathy Hedrick
5. Destiny Richardson
6. Eric Tedder
7. Heather and Travis Speagle
8. Hailey Phillips
9. Jeremy Mills
10. JoAnn Smith
11. Kristin Tedder
12. Logan Tedder
13. Pastor Joel Fry
14. Pastor Von Ramsey
15. Patrice Phillips
16. Paula Canipe
17. Sabrina Norville.

Respectfully  submitted this the 3rd day of June 2025.

                  /s/Samuel J. Randall, IV
                  SAMUEL J. RANDALL, IV
                  RANDALL LAW, PLLC
                  NC State Bar#:   25486
                  301 S. McDowell Street
                  Suite 504
                  Charotte, NC 28204
                  Telephone:  (980) 237-4579
                  Facsimile:  (980) 209-0029

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Defendant's Character Letters was served upon counsel for the government via CM/ECF.

     This the 3rd day of June 2025.

<div style="margin-left: 50%;">

/s/Samuel J. Randall, IV
SAMUEL J. RANDALL, IV
RANDALL LAW, PLLC
NC State Bar#:   25486
301 S. McDowell Street
Suite 504
Charotte, NC 28204
Telephone:  (980) 237-4579
Facsimile:  (980) 209-0029

</div>

6-2-2025

To Whom It May Concern,

My name is Amanda Harstick, I am Josh Phillips' first cousin. I have known him since the day he was born. Josh has always had a big heart and helps people in their time of need. I know he has hosted fundraisers at his business for sick kids, has worked on cars for people that couldn't afford to pay and has given money to people for groceries.

Josh has always put his family first. He loves his wife and kids more than anything in this world. I know the thought of being away from them brought him to his knees. He has never been in trouble with the law before and I believe he has learned the severity of his actions and will never repeat them.

Sincerely,

Amanda P. Harstick

Case 5:24-cr-00027-KDB-DCK　　Document 34　　Filed 06/03/25　　Page 3 of 27

To Whom It May Concern:

Growing up with Josh Phillips, I have been able to see him in different stages of his life. His mother was a bus driver and worked in the cafeteria at the school. Josh is not a violent person and has always strived to give back to the community and assist others. Even after seeing his father die in front of him and dealing with the depression that causes he would never harm anyone.

Josh contributed to many different organizations in the community by supporting them with monetary donations. He is a role model to his children and others and is an assent to the community. Owning an ice cream shop showed his love for children and others. His mechanic shop was another way he was able to assist those in the community.

In the many years that I have known Josh, I have never seen or heard him be violent or cause any problems to anyone. Owning my own successful business, I know the struggles that come through having everything fall on you as Josh did with his business and family. It is my hope that you will read this and understand that Josh cares about his community, his family and those around him and would not intentional cause harm to any of them.

Should you need to reach me regarding this please do not hesitate to call!

Regards,

*Ashton Hubbard*

Ashton Hubbard
828-640-1790

**Brad Furr**
828-308-5445
bradfurr@bellsouth.net

**June 2, 2025**

**Re: Character Reference for Josh Phillips**

**To The Honorable Judge,**

My name is Brad Furr, I am writing this letter to speak of Josh Phillips' character, whom I have known for several years as a friend, community member, and local business owner of The Catawba Creamery. I respectfully ask the court to consider this letter as a testament to his good character, strong work ethic, determination, and steadfast commitment to our community.

Josh has been a longstanding and active member of our area. Having grown up here and attended one of our local high schools, he continues to show pride and support for his roots. Over the years, I've seen his deep involvement in the community, and I can personally attest to his dedication to both his family and his business.

As someone who has owned and operated LLCs and helped finance individuals within our community, I take seriously the decision to support someone both personally and professionally. Josh's hard work and integrity earned my trust to the point where I chose to assist him personally in securing financing for his current business. Since that time, I've watched him pour his heart into his work—often working behind the counter, engaging directly with customers, and creating a warm, welcoming environment. Josh has a natural ability to connect with others, and he genuinely cares about the people he serves. His presence in the local business community is both valued and impactful.

Josh is also deeply committed to giving back. He consistently shows his appreciation for the community through events like free scoop days and special discounts honoring first responders, mothers, and fathers. These acts of kindness reflect not only his gratitude but the values instilled in him by his family—values rooted in service and compassion.

Above all, Josh is a devoted father. Balancing the demands of running a business while raising children is no easy task, yet he manages both with grace and purpose. He is deeply involved in his children's lives and takes his role as a parent seriously.

I believe Josh Phillips is a man of integrity, generosity, and strong moral character. I hope this letter offers the court a fuller understanding of the person he is. Thank you for your time and consideration.

Sincerely,

*M. Bradley Furr*

Brad Furr

Sept. 3, 2024

To Whom this may concern:

My name is Kathy Hedrick. I am 70 years old, and reside on Hwy. 16 N, Conover. I have been employed with Catawba County Schools for almost 30 years. I presently work at Bunker Hill High School in the counseling office where I serve as secretary to 3 counselors.

I have known Joshua Phillips for most of his 39 years. His mother and I were best friends for many years until her passing about 9 years ago. Growing up, Josh was a good student, with many aspiring goals for his future. I have seen many of these goals come to pass and even supercede his expectations. Josh has always shown me nothing but kindness and the utmost respect.

Josh is married to a devoted wife, Hayley, and they have 3 beautiful children, that he absolutely adores, and they feel the same about him.

Just like many of us life has dealt Josh some harsh blows. He was married to another woman when he was very young, and that marriage ended in a divorce early-on. Around 2015 he lost his beloved mother to cancer. Then in May, 2022, right before his eyes he watched as his father was tragically killed in a car crash. I have seen his heart and soul literally

Case 5:24-cr-00027-KDB-DCK    Document 34    Filed 06/03/25    Page 6 of 27

ripped out of his chest. I've seen him seek answers and comfort to these unanswerable losses.

I do not know the extent of the charges that Joshua is facing. I can simply attest to the character of a young man that I have cared about, like one of my own since his childhood. This young man who has a heart for the less fortunate, (like his mama), and a young husband and daddy who loves his family passionately, holds a special place in my heart.
I respectfully submit these thoughts and comments to the court with hopes that Joshua will be considered for bond, to be with his family until his case is heard and settled.


Sincerely,

Kathy M. Dedrick
friend of the family

Dear Judge Bell,

I am writing this letter on behalf of my dear friend, Joshua Phillips, who is currently facing charges related to a firearm offense. I fully understand the seriousness of these charges, and I do not intend to minimize the nature of the law. However, I respectfully ask you to consider leniency in your sentencing decision.

Joshua Phillips is a devoted parent of three young children, all of whom rely heavily on his presence, support, and guidance. This is his first offense, and I believe it was a deeply regrettable mistake rather than a reflection of his character or intentions. Since the incident, he has shown genuine remorse and a strong desire to make things right, not only for himself but most importantly for his children.

I have known Joshua Phillips for 10 years and have always known him to be a caring, hardworking, and responsible individual. Joshua consistently shows love and dedication to his family and community. I believe this incident has been a wake-up call and one that he is determined to learn from.

A harsh sentence would not only deeply affect Joshua Phillips but would also have a lasting impact on his children, who would suffer the absence of a loving and supportive parent. If given the chance, I am confident he will take every opportunity to turn this moment into a turning point and continue to be a positive influence in the community and the lives of his children.

Thank you for taking the time to consider my perspective. I trust in the court's judgment and sincerely hope for compassion and understanding in this matter.


Respectfully,
Destiny Richardson

Name: Eric Tedder

Relation: Friend to Josh Phillips

Phone: 828-291-2161

Email: tedderrecovery@yahoo.com

Dear Judge Bell,

I'm writing this letter on behalf of Joshua Phillips to attest to the type of person he is. I am not trying to convince the court that he is or isn't in the wrong, I'm simply wanting to let everyone know that he is a good person who can make a bad decision on their worst day, something even the best of us fall victim to. I was introduced to Josh through my wife, Kristin, and we have been friends for over 20 years now. We may not talk every single day, but when we do, we pick up where the last conversation ended. Josh has been through so much these past few years since the passing of his dad. Herman, Josh's dad, was killed in a car crash that happened in front of Josh's shop at the time, No Limit Automotive, where Josh was the first to the scene after witnessing the truck hit his dad's suv. Who wouldn't be traumatized watching your dad get killed and not being able to stop it and having to relive it everyday? This is the guilt that he carries on his shoulders daily. Since that day, Josh has been battling with trying to figure out what his next steps are. I recall a conversation that we had one night right after his dad passed away. He called me up wanting to know if we could talk. He confided in

me some stuff that he was going through and asked for my opinion. I do not remember every detail, but I do especially recall the pain and sorrow in his voice as he struggled to keep his composure, the same grief that no doubt haunts him to this day. Before hanging up he thanked me and told me that our friendship meant the world to him. Little does he know that his friendship and listening to me vent got me through on some days when I felt like nothing was going right, especially with work. Josh is a good person, a good family man, and would give the shirt off his back for anyone in need. Do I agree or see eye to eye with everything that Josh says or does, absolutely not. But I personally consider myself lucky to have a friend like him that I can count on day or night. Josh is the person you call when you need a good laugh or a lift-me-up. Despite the demons he fights daily since his father's passing, he is generally a great dude that I'm blessed to know and call a friend. I offer this letter not to minimize the seriousness of the situation, but to speak honestly about the person I have known for so many years. I believe Josh has the capacity for growth and redemption, and I hope that, in your sentencing, you might consider the totality of their character and the support they have in their life. Thank you for allowing me to share my perspective.

Sincerely,

Eric Tedder

Dear Judge Bell,

I'm Hayley Phillips, Joshua Phillip's wife. I have known him for 18 years and we have been married for almost 15 of them. Together, we have brought three amazing children into this world - Morgan (age 13), Carolina (age 11), and Malachi (age 8).

Throughout our marriage, I have always known Josh to be kind hearted, loving, and generous. His generosity and giving heart is actually what made me fall in love with him. I recall one particular moment that I first witnessed this side of him first hand. One evening, after a date, we were heading back to his home when he suddenly stopped the car and got out to help a young man who was pushing his car to the gas pumps close by. Josh not only helped him push the car, but he also filled the man's gas tank and even gave him a $20 bill for some lunch. I have also seen Josh buy police officers and other first responders lunch without them knowing it was him. One thing I can say about Josh is the man has an incredibly giving heart. He has even bought cars for others when they were down on their luck. This generosity comes from a genuine place too. He has always worked hard everyday since I've known him. After my back accident, in 2008, I haven't been able to work a regular job due to the flexibility I need with being able to change my position so much throughout the day. Yet Josh would get up and go to bed every single day without complaining and work extremely hard so that I could stay home with our children and maintain control of my health.

Josh as a father is something truly remarkable to see. When I was pregnant he never so much as missed a single doctor's appointment. He kept up with every single one and took time off work to attend them. He has always been a great dad, but after witnessing his mother's battle with cancer and his dad's tragic death in a car crash right in front of him, he began spending even more time with our kids. He even helps me

homeschool our children and loves every moment of it. He has never been away from them more than a night or 2 aside from his two week stay when he was arrested. You would not believe how happy we all were when he returned home to his family, Josh especially. I think the greatest act that reveals his true character as a father is how he never lets our children doubt that he loves them. He reminds them constantly that he loves them because he knows first hand how it feels to grow up doubting that feeling.

I am fully aware of the seriousness of Josh's crimes. However, I truly believe that Josh has learned from this. He understands that nothing is worth the risk if it can jeopardize time away from his children. My letter is no way meant to undermine your decision but I do pray that the court shows leniency in this case and that Josh may stay home so he can help raise our children, continue to provide for us, and get his health under control.

Sincerely,

Hayley Phillips

*Hayley Phillips*

Your Honor:

I am sending you this letter in relation to the case of Joshua Herman Phillips, who is appearing before your honorable court for a criminal complaint of selling firearms without a license.

Me, along with my husband Travis, have known Josh for 20 years, as we all used to work together at Food Lion in 2004. I did not meet his wife Hayley until they started dating in 2007. We have been good friends with them since.

Josh has always been good to us and people around him. He truly does care and love his community. He is almost 40 years old and has never been in trouble. That alone shows his true character. Recently, he has had a cancer scare and we are concerned about his health. He truly needs to be home to take care of not only his health, but his wife and three children.

I understand that there is evidence against Josh, and I fully believe that Josh is regretful in the decisions he has made. I hope that you find this letter to prove his character and someone who deserves leniency in his current legal situation.

Thank you for your time.

Sincerely,

Heather & Travis Speagle
828-468-1554
828-308-7597

To: Whom it may concern
Date: 9-1-24
Subject: Character Witness for Joshua Phillips
From: JoAnn Smith

I have had the pleasure of knowing Joshua Phillips since his early years in middle school. I always found him to be a stellar young man with high morals and values. He was always respectful, kind, and trustworthy. After graduation, I lost contact with him for a period- of -time. During this time, Joshua had devastating things to occur. His mother was fighting a hard battle with cancer during his childhood, and she lost. Joshua helped to care and support his mother as she suffered in pain and was so sick. As a teenage boy, Josh dedicated time to care for his mother. This level of responsibility at such an early age never wavered and he expected nothing less of himself. Josh had a love for his mother and would be by her side while sacrificing many of the activities that young men share. After her death, Josh again had heartbreak enter in his life. He watched as his father was killed instantly in a motor vehicle accident and felt helpless as he ran to the car and found him dead.
Joshua was raised by two exceptional parents that taught him respect and love for family, God, and community. He attended church and supported those in need with his time and money when he could. He has always had a charitable heart. As a father, Joshua openly shares his love for his children and making a good life for them. Joshua loves his family and community. Hugging his family and returning to his community and church would mean the world to Josh. In knowing the person that he was during the young years, and the way he was raised, I believe that he will be responsible and do what is asked of him. He is the product of two wonderful loving parents that taught him values that are instilled deep within him. I share my comments about the character of Joshua Phillips for the court to consider. I do not take the drafting of this letter lightly. I hope this character witness letter shares a little more about whom Joshua Phillips is as a person. Thank you for taking time to read this letter.
Sincerely,

JoAnn Smith, DNP, RN, OCN
Chief Nursing Officer

Name: Kristin Tedder

Relation: Lifelong Friend of Joshua Phillips

Phone: 828-238-4598

Email: teddergrl@gmail.com

To whom may have interest,

My name is Kristin Tedder, and I have known Joshua Phillips, or whom I affectionately call Josh or turdhead, since the fall of 1997. In the 27 years that I've known Josh, he has always put others wants and needs before himself. This in fact is the man that stands before himself in the mirror today.

My intent of this letter is to let the court know the true person that Joshua Phillips is, and why he is respected by his peers, friends, and the community. I want to portray Josh as the husband, father, and friend that we have all come to love.

27 years is a long time to know someone. But 27 years of unwavering friendship is practically unheard of, especially having a friend like me. I'm as blunt as they come; yet Josh has stuck around and allowed me to tell it like I see it. He may not like what I have to say, I tend to put him in his place, but he has always respected and loved me like a friend should.

Throughout our childhood into adulthood, my father, who was a preacher, was very protective over his baby girl. I wasn't allowed to hang with many boys, except Mr. Joshua Phillips. My dad didn't trust many of my male friends because "boys will be boys"; however, because of Josh's character and the trust that my dad instilled in him, Josh was welcomed into our home and quickly became family.

As humans, we want our friends to have our backs when we aren't around. We want to know that they protect us and our reputations when we aren't in the room. I can honestly say that Joshua Phillips is this type of friend. There are multiple times he has stood up for those he loves; however, there is one time in particular that I will never forget. I was being harassed by several boys and I was scared to tell my parents. Once Josh got wind of the situation, it was over as quickly as it started. He defended my honor and reputation without hesitation and continues to do so to this day. You simply do not mess with the ones that he loves and cares about!

To this day, Josh continues to put others before himself. I can't tell the court the amount of times that he has purchased groceries, paid bills, bought cars, made necessary repairs to cars, or helped purchase much needed items for families in need throughout the community. However, his good deeds often go unnoticed, but this never bothers Josh. In fact, he is so giving that he gets taken advantage of to the point I remind him to take a step back. Most recently Josh gave both of my boys summertime jobs and worked around their schedules to accommodate them. In fact, there were several times he would personally have to make sure their shifts were covered when something would come up. This is just the type of guy he is.

I can go on and on about the type of person Joshua Phillips is and how proud I am of him; however, I'm most proud of the father he is. Yes, Josh is a good friend, and a good husband to Hayley, but he is a great father to Morgan, Carolina, and Malachi. There is no man that can love his kiddos as much as he does. I personally know that he tells his kids everyday that he loves them because growing up this was something that really wasn't said in his household. Josh has personally told me on multiple occasions that he knew his parents loved him, but he only heard them say it a few times growing up. He makes it a point to let his family know how much he loves them on a daily basis.

No one is perfect, and especially Josh. However, he knows of his short-comings and will be as bold as to tell anyone that will listen how he messes up daily. However, he has never been in trouble prior, and I know him to be a great person despite these short-comings. I could kick his butt for his lapse of judgment, but then I would be a hypocrite. After all… none of us live perfect lives. Our character and the person we truly are should not be defined over our mistakes, but rather the love, compassion, and respect shown to others.

I have known Josh for most of my life, and I respectfully ask the Court to consider the full measure of the person I know—someone who, despite their current circumstances, has shown kindness, responsibility, and remorse. I do not seek to excuse what has happened, only to offer context and to ask for compassion in your judgment. Thank you for your time and consideration.


Best Regards,


Kristin Tedder

Name: Logan Tedder

Relation: Employee of Joshua Phillips

Phone: 828-514-2282

Email: Comixology0704@gmail.com

To the Honorable Judge Kenneth D. Bell or Whom It May Concern,

My name is Logan Tedder and since May 1st, 2024, I have been an employee of Mr. Joshua Phillips at the Catawba Creamery. Although I have known Josh personally for some years now, it wasn't until I began working for him that I saw first hand his unwavering generosity and the dedication that has made him a staple in the community.

I am writing today to testify to the character of Mr. Joshua Phillips. In no manner do I aim to undermine the court or challenge its integrity. My intentions are, no matter the verdict delivered by the jury, to clearly and honestly portray Joshua Phillips as the man I have come to know and respect. My hope is that I may offer the court a fuller image of who Mr. Phillips is and the overall impact he has on our community.

Throughout my time as an employee of Mr. Phillips, I have spent approximately 30-55 hours a week working for him at the Catawba Creamery. During my shifts, I have witnessed Josh's efforts to create a family-friendly environment where any member of our community can bring their loved ones for an affordable treat all while feeling welcomed and valued. I remember on my first day working for him, Josh told me that the Catawba Creamery was his happy place and that nothing brought him more peace and joy than seeing families visit and leave smiling. To this day, he can be seen with a calm tranquil smile anytime happy families visit the creamery. Additionally, Mr. Phillips, in an effort to maintain the affordability of his products, has refused to increase the prices of his products despite multiple increases in supply costs. In fact, several items served on the menu produce little to no profit but are still readily

served at a low price to keep his customers happy. Due to these efforts, the Catawba Creamery attracts people from every socio-economic class alike. He allowed his profitability to take a hit so long as the Catawba Creamery remained a critical pillar in the community for families and loved ones of all financial standings to enjoy together.

As an employer, Mr. Joshua Phillips is by far the most down-to-earth, lenient, and understanding boss I have ever worked for. He strives to always maintain a positive work environment and cultivates a space where everyone feels valued, respected, and empowered to do their best work. He is always grateful for the work we put in and is never too proud to let us know how appreciative he is. In fact, he is not afraid to share his success with his employees. For instance, when we work at big events or are particularly busy, Mr, Phillips often buys us lunch and/or dinner and even gives his employees cash bonuses out of his own pocket when business is booming. Moreover, all of Mr. Phillip's employees are either local high-school or college students in the community who rely on their paychecks to pay their expenses. As such, Mr. Phillips often looks for opportunities for us to improve and earn raises and bonuses as a reward for our hard work. When payday arrives every other week, it is not uncommon to find our pay stubs have been rounded up to give us a little extra for our good work. Additionally, he is as flexible with scheduling as you need him to be, always looking for ways to work around his employee's schedules, even when obligations arise last-minute.

My opinion of who Joshua Phillips is as a person was only further solidified when I had a one-on-one trip with him where we worked an event at the Rock Barn Country Club. During this trip, he opened up and confided a great deal of personal thoughts that revealed a lot to me about the nature of his actions. He explained to me that his goal in life is to be a better father to his children than he had and that he would do anything for them. I have always known Mr. Phillips was a family man but it was in that moment I saw a side of him I'll never forget. I saw that behind all the rough edges and friendly smile

there was a man who only wanted what was best for his family. Moreover, on this same trip, he always confided in me that, all these years later, he still felt anguish over his father's untimely passing and that some days it was hard enough to where he didn't even want to get out of bed. This realization concerned me a little as nobody should have to go through this kind of debilitating grief without proper help.

Perhaps one of the greatest testaments to his character lies in how he has changed in the past year since his initial hearings. During said time, a great number of people Mr. Phillips would have given the shirt off of his back for have turned their backs on him. Worst of all, these people include many individuals Mr. Phillips was providing forms of financial assistance to. Perhaps one could imagine such an experience could make a man cynical, jaded, or even resentful towards those around him. However, I have witnessed with my own eyes a different kind of transformation in Mr. Phillips. His experiences in the past year have only seemingly brought him closer to his family and shifted his priorities in a most positive manner. I truly believe that the man accused of these infractions is not the same man who stands before you today. In my humble opinion, Mr. Phillips is as gracious, down-to-earth, and generous as ever while having refocused his attention solely on the very family he aimed to support and provide for all along. This is especially evident in seeing how he tries to teach his son how he runs the "family business" when he visits one of the shops or how he continues to support his wife, Hayley, amidst her ongoing battle with nerve damage in her back.

Mr. Joshua Phillips is not a perfect man, nor does he claim to be. Like any of us, he has his flaws and imperfections. Regardless of any mistakes he might have made, I know him to be a good man who always works to make things right. I have no doubt that regardless of the court's ruling, he will work to right any wrongs as he has demonstrated before in the work setting.

With this in mind, I am writing to respectfully ask for leniency in the sentencing of my employer, Josh Phillips. While I do not seek to excuse any wrongdoing, I hope the court will consider the overwhelming positive impact he has had on the lives of employees like myself, and the contributions made to our workplace and community. It is my belief that, based on the aforementioned evidence, it would cause more harm than help to the community and his family to incarcerate Mr. Phillips instead of offering him a chance to "right his wrongs". I sincerely believe Mr. Phillips has the capacity to learn from this experience and make amends in meaningful ways if given the opportunity. Thank you for your time and consideration!

Best Regards,

Logan Tedder



*"To Love God, Lift Christ, Labor Together and Lead Others"*

Monday, September 2, 2924

To Whom It May Concern:

It is my privilege to write this letter of support for Mr. Joshua Phillips. Although I have only known Josh on a personal level for a short period of time, I knew his late parents and many of their friends within the community for 25 years. Before his mother Julie passed away in 2015, she was the best friend of one of my church members. Julie was a teacher assistant at our local elementary school and attended another local Baptist Church. She was a faithful wife, mom, and friend whom her Pastor spoke very highly of.

A few years later, I met Josh's father, Herman. He and a dear lady in our church began spending time together, going to eat, and building a friendship. Both were suffering from grief and loneliness in their life. I quickly learned how much Herman loved his family, especially his grandchildren. During this time, I discovered that Josh had opened an automotive repair shop just up the road from Herman's home. Many of my church members and friends frequented his shop.

My first close communication and interaction with Josh came on a fateful and tragic day in May 2022. On my way to the church office, I came upon an automobile accident that had just occurred at the intersection mere feet from Josh's shop. Unfortunately, Josh's dad had inadvertently pulled into the path of a severely speeding vehicle. Josh had to endure the horrific ordeal of hearing and seeing his very own father succumb to his injuries while he was still in the vehicle. On the scene I began to try to console and comfort Josh and his family along with Herman's friend, Jan, who is a member of my church and was in the vehicle with him.

From that time, Josh and his family have become friends to our family and church family. I have communicated with them about their on-going grief, as well as some spiritual questions the children have asked. Additionally, our church has been blessed by his willingness to partner with us to provide ice-cream for multiple outings from his local creamery business.

In closing, I believe Josh Phillips, despite having faced much adversity, to be a man who desires to love, provide for, and protect his family and to be an integral part of and positive influence within our community. I look forward to continuing to minister to the spiritual needs of both he and his family.

In His Service,

Pastor Joel Frye

5905 Springs Road | Conover, North Carolina 28613
Phone: (828) 256-7248 | Fax: (828) 244-9782 | Email: churchoffice@oxfordbaptist.com
Reverend Joel A. Frye, Senior Pastor
www.oxfordbaptist.com

Dear Honorable Judge Bell,

I am writing to you on behalf of my friend, Josh Phillips. I have known Josh in many different aspects of life and can personally attest to his character as a hardworking, dedicated, and genuinely caring individual.

Josh is a devoted father and husband. I have seen first hand the love and commitment he shows to his family. Whether it's at the Ice Cream shop or simply being present and supportive at home, he always puts family first. The dad and husband that he is known for is one of integrity, responsibility, and compassion.

Professionally, Josh is one of the most diligent and dependable people I know. He takes pride in the family's work and consistently goes above and beyond to do things right. HIs employees and customers would often speak of his positive attitude and strong, yet fun work ethic. Josh's business caters to family....I have seen more than one time families come in that were seemingly anxious and frustrated by their day only to leave with a smile and laughter after being served by Josh and his family.

More than anything, Josh is someone who genuinely cares about others. Josh would be that one that would offer a hand, give help to neighbors in need, and always looking for ways to be a blessing to others. I've seen him offer a listening ear, lend a helping hand, and make sacrifices to ensure others are taken care of.

I fully understand the seriousness of the matter before you, and I do not mean to minimize the legal process in any way. I simply ask that you consider Josh's history of good character, dedication to family, and commitment to being a productive member of society. I believe in his ability to learn from this experience and to continue being a positive force in our community.

Thank you for your time and consideration.

Sincerely,
Pastor Von Ramsey

828-234-2677

June 3, 2025

Dear Judge Bell,

I am writing to provide a character reference for my brother-in-law, **Josh Phillips** I have had the privilege of knowing Josh for the last 11 years and I can confidently say he is one of the most kindhearted, dependable, and hardworking individuals I have ever known.

Josh has consistently demonstrated his unwavering commitment to family, friends, and community. His natural ability to provide guidance, coupled with his remarkable patience, has always been a source of strength for ours and his family.

Josh is not only a loving family member but also a responsible and dedicated professional. As a business owner at his companies – Catawba Creamery (two locations) he is known for his attention to detail and his ability to foster strong relationships with his team, customers and community.

Beyond his professional life, Josh is deeply involved in helping others within his community and church. His commitment speaks volumes about his character and the positive impact he has on those around him.

I can say with certainty that Josh is a person of exceptional integrity, compassion, and dedication. I wholeheartedly recommend him for consideration of a lesser sentence. His dedicated to his family by assisting in homeschooling and his young family would feel the impact of his absence if he should not be able to be with his children during these formative years.

If you require any further information, please feel free to contact me at **pmb861@yahoo.com**.

Sincerely,

Patrice Phillips

146 Flat Branch Road
Arnett, WV 25007
Mobile: 414-550-6693
Email: pmb861@yahoo.com

Paula Canipe

4995 N Depot St.

Claremont, NC, 28610

April 23, 2025

Re: Joshua Phillips

To: The Honorable Judge Bell

I have known Mr. Phillips as a good friend for a very long time. I was very surprised to hear about his recent case. He's always been a good person with a big heart. It is for this reason I am happy to write this letter regarding this matter. I understand the seriousness of this matter however, I hope the court will show some leniency.

Mr. Phillips has always been an upstanding person in the community. In the years I've known him, he has been there for a lot of people, especially when someone was in need, such as their power bill needing paid or needing a car so they could get to and from work. He has bought Christmas for families that couldn't afford it for their children. He's always there to help, he shows significant amount of support in the time of need. Mr. Phillips is a great father as well, he spends every moment he can with his children, as well as homeschooling them. His children would be devastated if they were to lose their dad for any amount of time. They are a very close family.

In addition to our friendship Mr. Phillips is an outstanding member of our community. I feel in my heart he has rehabilitated himself during this trail bond, he'll never get in this situation again. This being his first.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current situation, I still believe Mr. Phillips to be an honorable individual, a valuable member to the community, he is a good human being.

Sincerely,

*Paula Canipe*

Paula Canipe

Sabrina Norville

109 Grandview Avenue

Morganton, NC 28655

oilymom2007@gmail.com

828-443-3763

June 2,2025


Re: Character Letter for Josh Phillips


I am writing to respectfully offer my support for Josh Phillips, who is currently before you. I have known Josh for 15 plus years as a family member and friend and I want to share my honest perspective on the kind of person he is beyond the circumstances of his case.


Josh is one of the hardest-working individuals I know. He has built and maintained an impeccable work history, and he operates several businesses that not only serve the community but also provide essential support for his family. He takes great pride in his work and has always carried himself with professionalism, integrity, and dedication. He is the kind of person who shows up—whether it's for his, employees, or the people who rely on him at home.


Josh is a committed family man. Everything he does—from the long hours he puts in to the responsibilities he carries—is rooted in his desire to give his family stability and a better future. He has never turned away from those duties, and his family depends on him in very real, daily ways.


While I fully understand the seriousness of the situation, I also believe Josh is a man capable of redemption, growth, and continued contribution to society. He has shown remorse for his actions and has expressed to those around him how determined he is to learn from this experience and move forward with a greater sense of purpose.


I respectfully ask that the Court consider the full scope of Josh's character—his work ethic, his commitment to his family, and his potential to continue making positive contributions. He is not defined by this moment alone. He is someone with deep roots in the community, and many of us believe in his ability to rebuild and make things right.


Thank you for your time and consideration.


Sincerely,

Sabrina Norville