**FILED**

Charlotte, NC

JUN 1 0 2025

Clerk, US District Court
Western District NC

Your honor,

Thank you for allowing me the opportunity to speak today.

I want to begin by taking full responsibility for my actions. I understand that what I did was wrong, and there is no excuse for it. I've had a lot of time to reflect, and through that reflection, I've come to truly grasp the weight and seriousness of my decisions.

In May 2022 ~~Several months ago~~, I experienced the sudden and traumatic loss of my father. I was there when he passed, and I was the first person to reach him. That moment changed something in me. It overwhelmed me, and I let that pain and confusion take over instead of facing it in a healthy way. But I want to be clear — I'm not saying that to excuse what I did, only to give context to how lost I was.

What hurts me the most now is that because of my actions, my children may lose their father just as I lost mine. And I know the kind of pain that brings. I know the emptiness and confusion that comes from that kind of loss, and it breaks my heart to think my kids could feel that because of something I did.

This process has humbled me, and it's forced me to grow. If the person I am today could go back and speak to the person I was last summer, I would do everything to help him understand how deeply our choices can affect others - not just our own families but other families as well.

This isn't just about me anymore it's about my children, and it's about making sure I never again bring harm to anyone - directly or indirectly. I now see with complete clarity the severity of my actions, and I'm committed to never putting my loved ones - or anyone else's - in a position to suffer because of me again.

Whatever the outcome today, I will carry this responsibility with me for the rest of my life. And I will do everything I can to live in a way that honors those I've hurt and to be the father my kids need and deserve.

Thank You